# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

DOK: 2/10/17

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| v. | |
| KEVIN BIANCHI | CASE NUMBER: 17-7065 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about February 10, 2017, in the District of Arizona, and elsewhere, the defendant, KEVIN BIANCHI, knowingly and with intent to defraud, effected transactions with 1 or more access devices issued to another person or persons, to receive payment or any other thing of value during any 1-year period, the aggregate value of which was equal to or greater than $1,000, that is, a Citibank Visa card ending with the last four numbers 5221, issued to Steven Holt, in conjunction with a copy of a Texas driver's license in the name of Steven Holt, which were then used to purchase postage from the United States Postal Service in Sun City, Arizona, all in violation of Title 18, United States Code, Section 1029(a)(5). I further state that I am an Inspector with the United States Postal Inspection Service and this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT OF POSTAL INSPECTOR MIRANDA GARCIA**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Charles F. Hyder, AUSA

Miranda Garcia, Postal Inspector
Name of Complainant

*Miranda Garcia*
Signature of Complainant

Sworn to before me and subscribed in my presence

February 10, 2017                    at    Phoenix, Arizona
Date                                              City and State

HONORABLE BRIDGET S. BADE
United States Magistrate Judge

*Bridget S. Bade*
Signature of Judicial Officer

## AFFIDAVIT

I, Miranda L. Garcia, being duly sworn and appointed as a U.S. Postal Inspector, depose and state:

(1) I am a U.S. Postal Inspector assigned to the U.S. Postal Inspection Service in Phoenix, Arizona, and have been employed by the U.S. Postal Inspection Service since January of 2006. I am presently tasked to investigate crimes which include violations of mail theft and mail fraud statutes.

(2) This investigation involves violations of Fraud and Related Activity in Connection with Access Devices, 18 U.S.C. 1029(a)(5), which have been committed by Kevin Bianchi.

(3) On February 9, 2017, an individual later identified as Kevin Bianchi went to the Glendale Main Post Office in Glendale, Arizona and purchased 100 coils of stamps totaling $4,900 using a Chase credit card with number ending in 2938 in the name of Steven Holt. Bianchi also produced a Texas Driver's License in the name of Steven Holt. Surveillance video of the individual making the transaction was compared to the true driver's license photo of Bianchi and determined to be the same person.

(4) On February 9, 2017, an individual later identified as Kevin Bianchi went to the Youngtown Post Office in Youngtown, Arizona and purchased 100 coils of stamps totaling $4,900 using a Chase credit card with number ending in 0547 in the name of Matthew Fowler. Bianchi also produced a Texas Driver's License in the name of Matthew Fowler. The description of the individual making the transaction by the postal employee matches the true description of Bianchi and determined to be the same person.

(5) On February 10, 2017, Kevin Bianchi went to the Sun City West Post Office located in Sun City, Arizona and purchased 50 coils of stamps totaling $2,450 using a Citibank credit card with number ending in 5221 in the name of Steven Holt. Bianchi also produced a Texas Driver's License in the name of Steven Holt.

(6) On February 10, 2017, Kevin Bianchi was contacted by postal Inspectors at the Sun City Post Office in Sun City, Arizona. Bianchi had on his possession 7 credit cards from Chase Bank, Citibank and US Bank in the names of Steven Holt, Matthew Fowler and Derek Sharp. Bianchi also had 2 Texas Driver's Licenses in the name Steven Holt, with different Driver License Numbers and different dates of birth. Within those credit cards in Bianchi's possession were the Chase card ending in 2938 used for the February 9, 2017 transaction at Glendale Main Post Office and the Citibank card ending in 5221 used for the February 10, 2017 transaction at the Sun City Post Office. Also in Bianchi's possession was a bag containing a white powdered substance Bianchi stated was methamphetamine.

(7) On February 10, 2017, Postal Inspectors attempted to interview Bianchi. Bianchi requested an attorney.

(8) Based on the investigation to date, I submit that probable cause exists to believe Kevin Bianchi possessed and utilized at least three debit cards which he fraudulently purchased multiple coils of stamps, in violation of Title 18 U.S.C. Section 1029(a)(5).

*Miranda Garcia*
Postal Inspector Miranda Garcia

Subscribed and Sworn to Before Me this 10th day of February, 2017.

*Bridget S. Bade*
Bridget S. Bade
U. S. Magistrate Judge