IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>vs.<br><u>Kevin Matthew Bianchi</u>,<br>    Defendant. | No. <u>17-7065 MJ</u><br><br>NOTICE OF ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS |

    I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

<u>/s/</u>
(Defendant's signature)

**CASE ASSIGNED TO:** <u>Jane McClellay</u>
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

SUBMITTED this <u>14th</u> day of <u>February</u>, 20<u>17</u>.

(check if applicable [ ] This was read to Defendant by _____ interpreter)