X FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 1 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMH_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>-vs-<br><br>Kevin Matthew Bianchi<br><br>Defendant | No. 17-7065 MJ<br><br>**ORDER APPOINTING COUNSEL** |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: 18 U.S.C. § 1029(a)(5)

**IT IS HEREBY ORDERED** appointing the Federal Public Defender by:

( ) United States District Judge _____

(X) United States Magistrate Judge Boyle

**CASE ASSIGNED TO:** Jane McClellan
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this 13th day of February,

_____
United States District/Magistrate Judge
District of Arizona