A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

Attorneys for Defendant Kevin Bianchi

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | NO. 17-7065-MJ |
|---|---|
| Plaintiff, | **NOTICE OF LIMITED APPEARANCE** |
| v. | |
| Kevin Bianchi, | |
| Defendant. | |

A. Melvin McDonald and the law firm of Jones, Skelton & Hochuli, PLC, hereby gives notice of their limited appearance on behalf of Defendant Kevin Bianchi for purposes of the detention hearing **only**.

RESPECTFULLY SUBMITTED this 16th day of February 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
    A. Melvin McDonald
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
    Attorneys for Defendant Kevin Bianchi

5630590.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of February 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Charles F. Hyder
US Attorney's Office
2 Renaissance Square
40 North Central, #1200
Phoenix, AZ  85004
Chuck.Hyder@usdoj.gov

Jane L. McClellan
Federal Public Defender's Office-Phoenix
850 W. Adams St., #201
Phoenix, AZ  85007
Jane_mcclellan@fd.org

/s/ Diana Weeks

5630590.1                                     2