# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. MJ-17-07065-PHX-BSB |
| Plaintiff, | **ORDER** |
| v. | |
| Kevin Matthew Bianchi, | |
| Defendant. | |

The Court having reviewed Defendant's Motion to Continue Detention Hearing and Status Hearing Regarding Preliminary Hearing (First Request) (Doc. 8), the Government having no objection, and good cause appearing,

**IT IS ORDERED** that the Motion to Continue Detention Hearing and Status Hearing Regarding Preliminary Hearing (First Request) (Doc. 8) is granted.

**IT IS FURTHER ORDERED** that the February 16, 2017 Detention Hearing and Status Hearing Regarding Preliminary Hearing is continued to **February 23, 2017** at **2:00 p.m.** before Magistrate Judge David K. Duncan in courtroom 305.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from February 16, 2017 to February 23, 2017.

Dated this 16th day of February, 2017.

Honorable John Z. Boyle
United States Magistrate Judge