A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

Attorneys for Defendant Kevin Bianchi

```
FILED _____ LODGED _____
RECEIVED _____ COPY _____

FEB 2 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                          Plaintiff,<br><br>v.<br><br>Kevin Bianchi,<br><br>                          Defendant. | NO. 2:17-MJ-07065-BSB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

COMES NOW A. Melvin McDonald and the law firm of Jones, Skelton & Hochuli, PLC, and hereby give notice of substitution of counsel for Defendant Kevin Bianchi in the above entitled case, in the place and stead of Jane L. McClellan and the Federal Public Defender's Office. Attached hereto is the signed consent of Mr. Bianchi to the substitution.

RESPECTFULLY SUBMITTED this 23 day of February 2017.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
    A. Melvin McDonald

5642028.1
2/23/17

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23 day of February 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Federal Public Defender's Office
Jane L. McClellan
850 W. Adams St., #201
Phoenix, AZ  85007
Jane-mcclellan@fd.org

Charles F. Hyder
Assistant United States Attorney
2 Renaissance Square
40 North Central, #1200
Phoenix, AZ  85004
Chuck.Hyder@usdoj.gov

/s/ Diana Weeks

CONSENT

I hereby consent to the substitution of A. Melvin McDonald and the law firm of Jones, Skelton & Hochuli, PLC, as my attorney in the plea of Federal Public Defender's Office and their assigned attorney, Jane L. McClellan.

DATED: Feb. 23, 2017



_____
Kevin Bianchi

5642028.1
2/23/17

3