```
   ✓ FILED      ___ LODGED
   ___ RECEIVED ___ COPY

        MAR 0 7 2017

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Kevin Matthew Bianchi,<br><br>　　　　　Defendant. | No.<br><br>CR-17-00323-PHX-DLR(BSB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 1029(a)(1)<br>　　　(Fraud in Connection with<br>　　　Counterfeit Access Devices)<br>　　　Counts 1-9<br><br>　　　18 U.S.C. § 1029(a)(2)<br>　　　(Fraud in Connection with<br>　　　Unauthorized Access Devices)<br>　　　Count 10<br><br>　　　18 U.S.C. § 1028A(a)(1)<br>　　　(Aggravated Identity Theft)<br>　　　Counts 11-24<br><br>　　　18 U.S.C. § 1028(a)(4)<br>　　　(Fraud in Connection with<br>　　　Identification Documents,<br>　　　Authentication Feature, or a<br>　　　False Identification Document)<br>　　　Counts 25-26 |

THE GRAND JURY CHARGES:

## INTRODUCTION

1.　At all times material to this indictment, the United States Postal Service (USPS) was an agency of the United States responsible for the delivery of mail. As part of its duties and services, USPS sold postage stamps and other postal merchandise.

2. Beginning on or around February 6, 2017, and continuing to on or around February 10, 2017, in the District of Arizona and elsewhere, KEVIN MATTHEW BIANCHI (BIANCHI) knowingly and with the intent to defraud the USPS did fraudulently obtain postage stamps through the use of counterfeited credit cards and misappropriated credit card numbers belonging to others.

3. The means and manner of the fraudulent scheme to defraud the USPS included the following:

   a. BIANCHI unlawfully obtained, possessed and used legitimate Chase Bank credit card numbers which were embossed on counterfeited credit cards from Chase Bank, US Bank, and Citibank.

   b. BIANCHI was not authorized by Chase Bank, or any of the lawful Chase Bank account holders whose credit card numbers he used, to possess or use the credit card numbers.

   c. At the time of his arrest, BIANCHI had in his possession the following counterfeited credit cards, each card possessing a legitimate Chase Bank account number. BIANCHI was not authorized to possess or use any of the account numbers.

      i. A counterfeited Citibank credit card with the legitimate Chase Bank account number ending in 5221 with the name of S.H. as the account holder;

      ii. A counterfeited US Bank credit card with the legitimate Chase Bank account number ending in 4083, with the name of D.S. as the account holder;

      iii. A counterfeited Chase Bank credit card with the legitimate Chase Bank account number ending in 8399, with the name of M.F. as the account holder;

    iv. A counterfeited Chase Bank credit card with the legitimate Chase Bank account number ending in 9800, with the name of M.F. as the account holder;

    v. A counterfeited Chase Bank credit card with the legitimate Chase Bank account number ending in 2938, with the names of M.P. and S.H. as the account holders;

    vi. A counterfeited Chase Bank credit card with the legitimate Chase Bank account number ending in 6217, with the name of S.H. as the account holder;

    vii. A counterfeited US Bank credit card with the legitimate Chase Bank account number ending in 3344, with the names of the J.S. and S.H. as account holders.

4. At the time of his arrest BIANCHI was in possession of two counterfeited Texas driver's licenses; one in the name of M.F. and the other in the name of S.H.

5. On February 10, 2017, BIANCHI was arrested at the Sun City West Post Office after purchasing 50 coils of postage stamps totaling $2,450. He had used a counterfeited Citibank credit card with the legitimate Chase Bank account number ending in 5221 in the name of S.H., and a counterfeited Texas driver's license in the name of S.H. At that time, he was recognized by postal inspectors as the same person that was captured on surveillance video who made a $4,900 transaction at the Glendale Post Office on February 9, 2017 using a credit card with account number ending in 2938.

## COUNTS 1 - 9
18 U.S.C. § 1029(a)(1)
(Fraud in Connection with Counterfeit Access Devices)

6. The factual allegations in paragraphs 1 through 5 of this indictment are incorporated by reference as though fully set forth herein.

7. On or about the dates set forth below, each instance being a separate count of this indictment, in the District of Arizona, BIANCHI knowingly and with the intent to defraud,

possessed and used one or more counterfeit access devices (credit cards), said conduct affecting interstate and foreign commerce as follows:

| Count | Date | Post Office | Chase Bank Legitimate Account Number | Transaction Amount |
|---|---|---|---|---|
| 1 | 02/08/2017 | Buckeye Post Office | 8701 | $2,450 |
| 2 | 02/08/2017 | Tempe South Post Office | 8701 | $1,274 |
| 3 | 02/08/2017 | Phoenix Ahwatukee Post Office | 2063 | $1,470 |
| 4 | 02/08/2017 | Chandler Ocotillo Post Office | 8399 | $1,617 |
| 5 | 02/09/2017 | Glendale Main Post Office | 2938 | $2,450 |
| 6 | 02/09/2017 | Glendale Main Post Office | 2938 | $2,450 |
| 7 | 02/09/2017 | Youngtown Post Office | 0547 | $2,450 |
| 8 | 02/09/2017 | Youngtown Post Office | 0547 | $2,450 |
| 9 | 02/10/2017 | Sun City West Post Office | 5221 | $2,450 |
|  |  |  | Total: | $19,061 |

In violation of Title 18, United States Code, Section 1029(a)(1).

### COUNT 10
18 U.S.C. § 1029(a)(2)
(Fraud in Connection with Unauthorized Access Devices)

8.     The factual allegations in paragraphs 1 through 7 of this indictment are incorporated by reference as though fully set forth herein.

9.     During any one-year period, specifically the period beginning in or around February 2017 and ending in 2018, in the District of Arizona, BIANCHI knowingly and with the intent to defraud used one or more unauthorized access devices (credit cards), and by such conduct obtained anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 1029(a)(2).

## COUNTS 11 - 24
18 U.S.C. § 1028A(a)(1)
(Aggravated Identity Theft)

10.     The factual allegations of paragraphs 1 through 9 are incorporated by reference as though fully set forth herein.

11.     On or about the dates set forth below, each instance being a separate count of this indictment, in the District of Arizona, BIANCHI did knowingly possess and use without lawful authority a means of identification of another person in relation to a felony enumerated in 18 U.S.C. § 1028A(a)(1), to wit, wire fraud in violation of 18 U.S.C. § 1343; fraud in connection with counterfeit access devices in violation of 18 U.S.C. § 1029(a)(1); fraud in connection with unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2); and fraud in connection with identification documents, authentication feature or a false identification document in violation of 18 U.S.C. § 1028(a)(4); as follows:

| Count | Date of Possession/Use | Means of Identification |
| --- | --- | --- |
| 11 | 02/08/2017 | Chase bank account ending in -8701 |
| 12 | 02/08/2017 | Chase bank account ending in -8701 |
| 13 | 02/08/2017 | Chase bank account ending in -2063 |
| 14 | 02/08/2017 | Chase bank account ending in -8399 |
| 15 | 02/09/2017 | Chase bank account ending in -2938 |
| 16 | 02/09/2017 | Chase bank account ending in -2938 |
| 17 | 02/09/2017 | Chase bank account ending in -0547 |
| 18 | 02/09/2017 | Chase bank account ending in -0547 |
| 19 | 02/10/2017 | Chase bank account ending in -5221 |
| 20 | 02/10/2017 | Chase bank account ending in -4083 |
| 21 | 02/10/2017 | Chase bank account ending in -9800 |
| 22 | 02/10/2017 | Chase bank account ending in -6217 |
| 23 | 02/10/2017 | Chase bank account ending in -3344 |
| 24 | 02/10/2017 | Counterfeited Texas driver's license ending in -365 in the name of S.H. |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNTS 25 - 26
18 U.S.C. § 1028(a)(4)
(Fraud in Connection with Identification Documents, Authentication Feature, or a False Identification Document)

12. The factual allegations in paragraphs 1 through 11 of this indictment are incorporated by reference as though set forth herein.

13. On or about the dates set forth below, each instance being in a separate count of this indictment, in the District of Arizona, BIANCHI did knowingly possess an identification document (other than the one issued lawfully for the use of the possessor), authentication feature, or a false identification document with the intent such document or feature be used to defraud the United States as follows:

| Count | Date Possessed | False Identification Document |
|---|---|---|
| 25 | 02/10/2017 | Texas driver's license in the name of S.H., DL number ending in -365 |
| 26 | 02/10/2017 | Texas driver's license in the name of M.F., DL number ending in -565 |

In violation of Title 18, United States Code, Section 1028(a)(4).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: March 7, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


s/
CHARLES F. HYDER
Assistant United States Attorney