≈AO 435     Administrative Office of the United States Courts
AZ Form (Rev. 1/2015)

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME AUSA Charles F. Hyder | 2. PHONE NUMBER 602-514-7500 | 3. DATE 03/22/2017 |
| 4. FIRM NAME United States Attorney's Office | | |
| 5. MAILING ADDRESS 40 N. Central Avenue, Suite 1200 | 6. CITY Phoenix | 7. STATE AZ    8. ZIP CODE 85004 |
| 9. CASE NUMBER 2:17-MJ-07065-BSB    10. JUDGE Eileen S. Willett | DATES OF PROCEEDINGS 11. 03/02/2017    12. | |
| 13. CASE NAME United States v. Kevin Matthew Bianchi | LOCATION OF PROCEEDINGS 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | Copy of DH 3/2/2017 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER Copy of Detention Hearing Excerpt ordered at Doc. 22 by A. Melvin McDonald, Attorney for Defendant

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | 9.00 |
| 14 DAYS | ☐ | ☐ | | ☒ PDF (e-mail) | |
| 7 DAYS | ☐ | ☒ | | ☐ ASCII (e-mail) | |
| DAILY | ☐ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
chuck.hyder@usdoj.gov; lauren.routen@usdoj.gov

19. SIGNATURE s/ Charles F. Hyder

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE 03/22/2017

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY