☒ AO 435     Administrative Office of the United States Courts     FOR COURT USE ONLY
AZ Form (Rev. 1/2015)

## TRANSCRIPT ORDER

DUE DATE:

| | | |
|---|---|---|
| 1. NAME  AUSA Charles F. Hyder | 2. PHONE NUMBER  602-514-7500 | 3. DATE  04/04/2017 |

| 4. FIRM NAME  United States Attorney's Office |
|---|

| 5. MAILING ADDRESS  40 N. Central Avenue, Suite 1200 | 6. CITY  Phoenix | 7. STATE  AZ | 8. ZIP CODE  85004 |
|---|---|---|---|

| 9. CASE NUMBER  2:17-MJ-07065-BSB | 10. JUDGE  David K. Duncan | DATES OF PROCEEDINGS |  |
|---|---|---|---|
| | | 11. 2/23/2017 | 12. |

| 13. CASE NAME  United States v. Kevin Matthew Bianchi | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE  AZ |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | Transcript of DH 2/23/2017 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER** Transcript of Detention Hearing that took place on 2/23/2017 before Judge David K. Duncan (Minute Entry ECF No. 13)

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | 90.75 |
| 14 DAYS | ☐ | ☐ | | ☒ PDF (e-mail) | |
| 7 DAYS | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| DAILY | ☒ | ☐ | | | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | | |

| CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges  (deposit plus additional). | E-MAIL ADDRESS  chuck.hyder@usdoj.gov; lauren.routen@usdoj.gov |
|---|---|
| 19. SIGNATURE  s/ Charles F. Hyder | **NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE  04/04/2017 | |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| ORDER RECEIVED    DATE    BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

**DISTRIBUTION:**    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY