# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of Criminal Cases Set for Trial on May 2, 2017.

**ORDER**

TO COUNSEL: THE FOLLOWING CASES ARE SET FOR TRIAL ON May 2, 2017:

CR-16-01408-001-PHX-DLR – USA v. Julio Cesar Erenas-Mejia

CR-16-01408-002-PHX-DLR – USA v. Jose Mariano Chavira-Barraza

CR-17-00110-PHX-DLR – USA v. Ricardo Nevarez Camacho

CR-17-00111-PHX-DLR – USA v. Tshaun Omar Jones

CR-17-00323-PHX-DLR – USA v. Kevin Matthew Bianchi

CR-17-00374-PHX-DLR – USA v. Jose Simon Patron Quinonez

CR-17-08055-001-PCT-DLR – USA v. Luiqing Yang

CR-17-08055-002-PCT-DLR – USA v. Teresa Vega

CR-17-08055-003-PCT-DLR – USA v. Michelle Burns

In order to properly administer the calendar, a status conference is necessary.

IT IS HEREBY ORDERED that all counsel appear at a status conference on **April 17, 2017 at 4:00p.m.** Each of these cases affects the docketing of the other cases. Therefore, no counsel shall be excused until the proceedings are concluded. No

1 | substitution of counsel will be permitted.

2 |     IT IS FURTHER ORDERED that <u>three days prior</u> to attending the status
3 | conference, counsel must complete the following:

4 |     1.    Meet personally and agree:

5 |         a.    Whether the case will proceed to trial or be resolved by a plea.

6 |         b.    Whether either party will seek a continuance.

7 |         c.    What motions, if any, can be resolved by stipulation of counsel.

8 |         d.    What disputed motions, if any, will be filed and need to be resolved.

9 |         e.    Whether either party has filed or anticipates filing <u>motions in limine.</u>

10 |     2.    File all 404(b) notices and LRCrim 16.1 notices.

11 |     3.    Resolve any discovery disputes.

12 |     The topics listed in paragraphs 1 - 3 will be discussed and disputed issues resolved
13 | at the status conference.

14 |     If a change of plea for a Defendant has been scheduled or a Motion to Continue
15 | has been <u>granted</u> before the status conference, the hearing for that Defendant will be
16 | vacated.

17 |     IT IS FURTHER ORDERED that you shall **e-mail**, *not telephone*, the courtroom
18 | deputy at **michele_morgan@azd.uscourts.gov** or view this Court's calendar on the
19 | internet at **www.azd.uscourts.gov** to confirm that the status hearing has been vacated.

20 |     ALL STIPULATED MOTIONS TO CONTINUE MUST BE FILED **TWO
21 | BUSINESS DAYS** PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE.
22 | **THE ORDER TO CONTINUE MUST INCLUDE LANGUAGE VACATING THE
23 | STATUS CONFERENCE.** CHANGE OF PLEA REQUESTS MUST BE MADE NO

24 | / / /
25 | / / /
26 | / / /
27 |
28 |

1 LESS THAN ONE (1) BUSINESS DAY PRIOR TO THE DATE SET FOR THE
2 STATUS CONFERENCE. In addition to e-filing the Motion, counsel are also directed to
3 e-mail the Motion (in .pdf format) and Proposed Form of Order (in Word format) in **one**
4 **e-mail** to chambers mailbox **(rayes_chambers@azd.uscourts.gov).**
5     No excludable delay shall result from the entry of this Order.
6     Dated this 7th day of April, 2017.

Douglas L. Rayes
United States District Judge