# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kevin Matthew Bianchi,<br><br>　　　　Defendant. | No. CR-17-00323-001-PHX-DLR<br><br>**ORDER** |

　　　The Magistrate Judge has received Defendant's Motion for Reconsideration (Doc. 26) on referral from the District Judge. The District Judge has determined the motion to be a motion for reconsideration rather than an appeal of the detention order at issue. Therefore,

　　　IT IS ORDERED that the Government respond to the Motion for Reconsideration (Doc. 26) within ten days of the filing of this order. Defendant may file a reply within seven days of the filing of the response.

　　　Dated this 7th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge