# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kevin Matthew Bianchi,<br><br>　　　　Defendant. | No. CR-17-00323-001-PHX-DLR<br><br>**ORDER** |

The Court has considered Defendant's Motion for Reconsideration (Doc. 26), the Government's Response (Doc. 31), and the Defendant's Reply (Doc. 34). The Court has reviewed all reports from Pretrial Services.

The information presented in the Motion for Reconsideration (Doc. 26) was all known to the movant at the time of the detention hearing and does not have a material bearing on the issue of whether there are conditions of release that will reasonably assure the appearance of the Defendant as required. The Court in its discretion will not reopen the detention hearing, nor has the Defendant requested that the hearing be reopened.

The record reflects that Defendant is a single man who has been living with his mother in California for the last 25 years. He has a significant addiction to methamphetamine for which he has previously participated in Drug Court as well as substance abuse treatment. He has a lengthy criminal history of misdemeanor offenses, including DUI and hit and run. His repeated violations of probation reflect a history of failing to abide by orders of the Court. He owns no property in Arizona and has no

1  resources from which to make bond.  He has a history of mental illness.  His urinalysis at
2  intake is presumed positive.  He has a history of using aliases.

3  Subsequent to a Detention Hearing, the Court found by a preponderance of the
4  evidence that the Defendant is a flight risk and detention is required to reasonably assure
5  his appearance at his next scheduled hearing.

6  The Court further finds that no clear error has been committed.  Nor is the
7  detention order manifestly unjust.  There has been no change in controlling law.  The
8  Declaration of Mr. Zelig attached to the pending Motion is supportive of Mr. Zelig's
9  former client and indicate that Mr. Zelig was able to maintain contact with his client.  The
10 statement from Mountain Vista Farm reflects Defendant's history of substance abuse
11 treatment.  The 2006 letter of Mr. Schwartz reflects Defendant's criminal history at the
12 time of the letter.  These documents have been considered.

13 The Court finds by a preponderance of the evidence that Defendant remains a
14 flight risk and detention is required to assure his appearance at his next hearing.

15 IT IS ORDERED denying the Motion for Reconsideration (Doc. 26).  Prior orders
16 are affirmed.

17 Dated this 24th day of April, 2017.

Honorable Eileen S. Willett
United States Magistrate Judge