1  A. Melvin McDonald, Bar #002298
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004
3  Telephone: (602) 263-1700
   Fax: (602) 200-7847
4  mmcdonald@jshfirm.com

5  Attorneys for Defendant Kevin Bianchi

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | NO. CR-17-00323-PHX-DLR |
|---|---|
| Plaintiff, | **Joint Status Report** |
| v. | |
| Kevin Bianchi, | |
| Defendant. | |

COMES NOW Kevin Bianchi, by and through counsel undersigned, and having met with Assistant U.S. Attorney Charles Hyder, provides this Court the following status report:

1. On June 13, 2017, Mr. Hyder and counsel McDonald met and conferred by telephone on the charges pending in United States District Court in this cause;

2. Both the Government and the defendant agree that the investigation and discovery is ongoing;

3. Both sides agree the case is not ready either for trial or final disposition;

4. Both the Government and the defendant agree that continuing the case would be in the interest of justice for both sides;

5. Filed simultaneously with this status report is the defendant's Motion to Continue the current trial for no less than 60 days.

5939719.1

RESPECTFULLY SUBMITTED this 13th day of June 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
A. Melvin McDonald
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Kevin Bianchi

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Charles F. Hyder
US Attorney's Office
2 Renaissance Square
40 North Central, #1200
Phoenix, AZ  85004
Chuck.Hyder@usdoj.gov


/s/ Diana Weeks

5939719.1                                      2