A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

Attorneys for Defendant Kevin Bianchi

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | NO. CR-17-00323-PHX-DLR |
|---|---|
| Plaintiff, | **Motion to Continue Trial Date and to Vacate Counsel's Required Appearance at the Status Conference** |
| v. | |
| Kevin Bianchi, | |
| Defendant. | Date: June 19, 2017<br>Time: 4:00 p.m. |

Pursuant to 18 U.S.C. 3161(h)(7)(A), Kevin Bianchi, by and through counsel undersigned, respectfully moves this Court to continue the trial date of July 5, 2017 for 60 days. In addition, defense counsel would request that the Court remove Defendant Kevin Bianchi from the Status Conference calendar currently set for June 19, 2017. This motion is made for the reason that there is ongoing discovery and investigation being conducted.

Counsel has conferred with Assistant U.S. Attorney Charles F. Hyder who has no objection to a continuance.

This motion is not made for purposes of delay and Defendant Kevin Bianchi agrees to waive speedy trial rights. Defendant agrees that the duration of the continuance would constitute excludable delay under 18 U.S.C. § 3161(h) and that the grant of the motion would constitute excludable time under defendant's speedy trial rights and agrees that all time covered by the continuance order constitutes excludable delay.

5939674.1

RESPECTFULLY SUBMITTED this 13th day of June 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
A. Melvin McDonald
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Kevin Bianchi

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Charles F. Hyder
US Attorney's Office
2 Renaissance Square
40 North Central, #1200
Phoenix, AZ  85004
Chuck.Hyder@usdoj.gov


/s/ Diana Weeks

5939674.1                                     2