# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>v.<br><br>Kevin Matthew Bianchi,<br><br>                              Defendant. | No. CR-17-00323-PHX-DLR<br><br>**ORDER**<br><br>(2nd Request) |

Upon motion of Defendant, with no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial and Vacate Counsel's Required Appearance at the Status Conference (Doc. 38) for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

/ / /

/ / /

1    **IT IS FURTHER ORDERED** continuing the trial from July 5, 2017, to, September 6, 2017 at 9:00 a.m. and continuing the pretrial motion deadline until August 1, 2017.

**IT IS FURTHER ORDERED** vacating the Status Conference set for June 19, 2017, at 4:00 p.m.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from 7/6/2017 to 9/6/2017.

Dated this 14th day of June, 2017.

_____
Douglas L. Rayes
United States District Judge