```
___✓___ FILED        _____ LODGED
_____ RECEIVED     _____ COPY

        AUG 2 2 2017

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Kevin Matthew Bianchi,<br><br>　　　　Defendant. | No. CR-17-00323-PHX-DLR<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward with my

☒　　Change of Plea Hearing

☐　　Admission or Denial Hearing on Petition for Revocation of Probation or Evidentiary Hearing regarding revocation (if required)

before the United States Magistrate Judge.

DATED this __22__ day of __August__, 2017.

_____
Kevin Matthew Bianchi
Defendant

_____　　_____
Andrew M. McDonald, Jr.　　　　　　　Charles F. Hyder
Counsel for Defendant　　　　　　　　Assistant U.S. Attorney