A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

Attorneys for Defendant Kevin Bianchi

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | NO. CR-17-00323-PHX-DLR |
|---|---|
| Plaintiff, | **Motion for Vee Quiva Casino and Casino Arizona/Talking Stick Resort to Turn Over Gambling Winnings to Postal Inspection Service** |
| v. | |
| Kevin Bianchi, | |
| Defendant. | |

Kevin Bianchi, by and through counsel undersigned, respectfully moves this Court to enter an order that Casino Arizona/Talking Stick Resort turn over to Postal Inspector Michael D. Roberto all unclaimed gambling winnings of defendant Kevin Bianchi. This motion is supported by the attached Memorandum of Points and Authorities.

### Memorandum of Points and Authorities

On February 10, 2017, defendant Kevin Bianchi was arrested by Postal Inspectors at the Sun City West Post Office in Arizona, for fraudulently purchasing stamps. At the time of his arrest, Mr. Bianchi had on his person $9,672 in US currency. Those funds were forfeited to the Postal Service.

Earlier that week and prior to his arrest, Mr. Bianchi had been gambling at Vee Quiva Casino in Laveen, Arizona and had in his possession at the time of his arrest two Vee Quiva Casino unclaimed winning jackpot tickets totaling $3,000. Postal inspectors later searched Mr. Bianchi's vehicle and located a Casino Arizona unclaimed

6173621.1

winning jackpot ticket totaling $1,820.  These jackpots represented legitimate winnings at the two casino's.

Defendant Bianchi has cooperated with the government and informed undersigned counsel that he wishes to relinquish any right to these funds to the United States Postal Service so that these funds can be applied towards his restitution obligation. In previous meetings with Mr. Charles F. Hyder and Postal Inspector Michael Roberto, it was agreed that Mr. Bianchi would provide signed notarized letters for each casino, informing them of his desire to relinquish all rights to the proceeds and to forfeit those funds to the United States Postal Inspection Service.  With Mr. Bianchi's signed consent, once those funds are received by the US Postal Inspection Service, they will be forfeited and the amount forfeited  credited towards Mr. Bianchi's restitution obligation.

On September 15, 2017, Vee Quiva Casino released the jackpot winnings of $2,100 ($3,000 less mandatory tax withholdings of $900).  Defense Counsel has been informed that Casino Arizona is unwilling to release the jackpot funds to the Postal Inspection Service without a court order ($1,820 less any required tax withholdings)

### Conclusion

It is respectfully requested that this Court order Casino Arizona/Talking Stick Resort to turn over to the U.S. Postal Inspection Service the unclaimed jackpot winnings of Mr. Kevin Bianchi totaling $1,820 less any sum they are required to withhold for federal and state taxes.  AUSA Charles Hyder has reviewed this motion and has no objection.

RESPECTFULLY SUBMITTED this 15th day of September 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By  /s/ A. Melvin McDonald
A. Melvin McDonald
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Kevin Bianchi

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have hand-delivered the foregoing document to the following non-CM/ECF participants:

Charles F. Hyder<br>
US Attorney's Office<br>
2 Renaissance Square<br>
40 North Central, #1200<br>
Phoenix, AZ  85004<br>
Chuck.Hyder@usdoj.gov

/s/ Diana Weeks

6173621.1                                    3