# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                                  Plaintiff,<br>      v.<br>Kevin Matthew Bianchi,<br>                                  Defendant. | No. CR-17-00323-PHX-DLR<br><br>**ORDER** |

Upon motion of the Defendant, with no objection from the Government, and good cause appearing;

**IT IS ORDERED** granting Defendant's Motion for Vee Quiva Casino and Casino Arizona/Talking Stick Resort to Turn Over Gambling Winnings to Postal Inspection Service (Doc. 48).

**IT IS FURTHER ORDERED** that Casino Arizona turn over to Postal Inspector agent Michael Roberto the sum of $1,820, less federal and state withholdings, representing an unclaimed winning jackpot ticket found in the Mr. Bianchi's vehicle.

**IT IS FURTHER ORDERED** that, at the time those funds are turned over, Postal Inspector Roberto return to Casino Arizona any documentation confirming Mr. Bianchi's jackpot winnings.

Dated this 18th day of September, 2017.

_____
Douglas L. Rayes
United States District Judge

6173641.1