A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

Attorneys for Defendant Kevin Bianchi

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America, | NO. CR-17-0323-PHX-DLR-1 |
|---|---|
| Plaintiff, | **Defendant's Request to Reschedule Sentencing Hearing** |
| v. | |
| Kevin Bianchi, | |
| Defendant. | |

Kevin Bianchi, by and through counsel undersigned, requests that this Court continue the sentencing hearing currently set for November 6, 2017 to November 3, 2017, or a date the week of November 13, 2017. Undersigned counsel will be out of the state the week of November 6, 2017. Counsel has spoken to prosecutor Charles Hyder about moving the date, and he has no objection to continuing sentencing to November 13, 2017, at a time convenient to the Court.

RESPECTFULLY SUBMITTED this 26th day of October 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
   A. Melvin McDonald
   40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendant Kevin Bianchi

6264175.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of October 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that I have mailed the foregoing document to the following CM/ECF participants:

Charles F. Hyder<br>
US Attorney's Office<br>
2 Renaissance Square<br>
40 North Central, #1200<br>
Phoenix, AZ  85004<br>
Chuck.Hyder@usdoj.gov

/s/ Terra Mendoza