A. Melvin McDonald, Bar #002298
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
mmcdonald@jshfirm.com

Attorneys for Defendant Kevin Bianchi

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| United States of America, | NO. 2:17-cr-00323-DLR |
|---|---|
| Plaintiff, | **Sentencing Memorandum** |
| v. | |
| Kevin Bianchi, | |
| Defendant. | |

Defendant Kevin Bianchi, by and through undersigned counsel, respectfully submits this Memorandum in support of the stipulation between the parties for Mr. Bianchi to be sentenced to time served as to Count 9 (Fraud in Connection with Counterfeit Access Devices), and two years of imprisonment for Count 19 (Aggravated Identity Theft). Mr. Bianchi's position is supported by the attached Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.      BACKGROUND**

Kevin Bianchi is a former golf professional and golf instructor from Petaluma, California. He attended Santa Rosa Junior College for his Associates degree then earned a Bachelor's degree with a concentration in business from California State University in Chico, California.

Kevin was a skilled golfer and developed an interest in golf at an early age so after graduation, he enrolled at the PGA Golf School in San Diego, California, where

6263089.1

he took courses in Golf Course Management and Operations. When he was 27 years old, he became the Assistant Golf Club Professional for the Rancho Mirage Country Club in Rancho Mirage, California. As the assistant professional, he served as the club professional when the club professional was not around, he oversaw the pro shop operations, golf course maintenance, and supervised the grounds crew, cart barn and locker room employees. He gave golf lessons, coordinated golf tournaments, caddied, managed tee sheets, and did club sizing and fittings for various clients.

Mr. Bianchi worked at Rancho Mirage for two years before he moved to Palm Desert to become the Golf Host/ Outside Services Coordinator at Big Horn/ Plantation Golf Clubs where he coordinated golf tournaments for several private Southern California country clubs. He worked in that capacity for three years before going out on his own as a golf instructor in Santa Rosa, California. While self-employed, Kevin did side jobs as a server and bartended in several Sonoma County/ Napa Valley restaurants and bars. He also recently worked as a brand ambassador for Nike/ Mosaic where he provided retail support for stores selling Nike products, helped with advertising new merchandise and promotions.

Although Kevin's golf career was largely a success, he also struggled with depression and stress after his brother Mark Bianchi was brutally beaten and murdered in 1995 while serving a term in the Arizona Department of Corrections. It was several years after his brother's death that the stress and added pressures of being the only real male figure in the household started to catch up on him, and in the early 2000s, Kevin started abusing alcohol and getting into legal trouble. This led to drug use and in early 2005, Kevin had multiple misdemeanor run-ins with the law in Sonoma County, California.

Kevin has tried multiple times to address his drug problem. While he has found moderate success with some of the drug treatment programs, none of them have been able to prevent him from avoiding eventual relapse. Despite several setbacks, Kevin continues to do rehab programs, and while incarcerated, has been leading AA and NA meetings to help work toward his ultimate goal of remaining clean and sober.

While this case was pending, Kevin applied for, and was given a conditional "acceptance" into the Crossroads Drug Treatment program upon completion of an assessment. Counsel had obtained a date for the assessment for Kevin to attend, but because of his incarceration and because of one of the Magistrate judge's unwillingness to release him to the program, he could not complete the assessment or enter into the program. Nonetheless, Kevin continues to attend and lead AA and NA meetings while in custody. His current confinement has been over four times longer than all his combined jail sentences throughout his life. In addition, the felony convictions in this case mark his first felony convictions. Kevin has accepted responsibility and is genuinely remorseful for his actions.

## II.   FAMILY SUPPORT

In addition to acknowledging his struggle with drug addition, counsel also asks the Court to consider Kevin's family support. Kevin's mother, Linda Brown, had planned to attend the sentencing hearing, but due to circumstances beyond her control, she cannot do so. Ms. Brown lives in Sonoma County, California, where she has had to deal with the recent devastating wild fires. She has had several friends and family members whose lives have been completely destroyed, and her own life has been turned upside down. Ms. Brown remained in her home waiting to hear from authorities whether she was required to evacuate, and while doing things at home, she fell down, dislocated, and broke her shoulder, which limited her level of activity. She has been unable to do much without having significant assistance and was unable to write a letter to the Court for Kevin's sentencing. Ms. Brown however, has spoken to counsel and has asked undersigned counsel to tell the Court that she relies largely on her son for several things since her other son (Kevin's brother, Mark) was killed in prison. Ms. Brown believes that Kevin is a kind, wonderful man whose demons are drugs and gambling—which has led to his contact with the criminal justice system. She acknowledged his cooperation and acceptance of responsibility and asks the Court to consider the same for sentencing. According to Ms. Brown, all of Kevin's past minor incidents with the law have resulted in a total of roughly

70 days in jail. These will be Kevin's first felony convictions, and this lengthy prison sentence will be the longest she has had to be away from her son. Ms. Brown would like the Court to impose her son (Kevin) with a sentence that would allow him to return home as soon as possible, or serve his prison sentence in a facility close to her (in Petaluma, California; Sonoma County) as she relies on him for several things.

### III. SENTENCING RECOMMENDATION AND STIPULATION

As previously stated, this is Kevin's first felony conviction. All his prior convictions are minor and largely drug-related. In considering his lack of felony criminal history and mitigating circumstances indicated above, the parties agreed that Kevin should be sentenced to time served as to Count 9 and two years of imprisonment as to Count 19. In addition, the parties have also agreed that the seized currency ($9672) will be credited toward payment of the $19,061 in restitution owed. Counsel requests that the Court accept both pleas and follow the agreed upon stipulations.

### IV. CONCLUSION

Based on the aforementioned reasons, Kevin Bianchi asks the Court to follow the stipulations in the plea agreement, sentence him to time served and a two year term of imprisonment. Because of the extreme hardship to Mr. Bianchi's mother, and Mr. Bianchi's absence of felony convictions and potential for rehabilitation, we would ask the Court to recommend to the Federal Bureau of Prisons that Mr. Bianchi be housed in a minimum security prison camp as close as possible to his mother's home in Petaluma, Sonoma County, California.

RESPECTFULLY SUBMITTED this 27th day of October 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
A. Melvin McDonald
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Kevin Bianchi

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that I have mailed the foregoing document to the following CM/ECF participants:

Charles F. Hyder
US Attorney's Office
2 Renaissance Square
40 North Central, #1200
Phoenix, AZ 85004
Chuck.Hyder@usdoj.gov


/s/ Terra Mendoza

6263089.1

5