≈AO 435 AZ Form (Rev. 1/2015)

Case 2:17-cr-00323-DLR Document 60 Filed 01/12/18 Page 1 of 1

COURT USE ONLY
DUE DATE:

**TRANSCRIPT ORDER**

| # | Field | Value |
|---|-------|-------|
| 1. | NAME | A. Melvin McDonald |
| 2. | PHONE NUMBER | 602-263-1747 |
| 3. | DATE | 1-12-18 |
| 4. | FIRM NAME | Jones Skelton & Hochuli |
| 5. | MAILING ADDRESS | 40 N. Central Ave., #2700 |
| 6. | CITY | Phoenix |
| 7. | STATE | AZ |
| 8. | ZIP CODE | 85053 |
| 9. | CASE NUMBER | CR-17-00323-001 |
| 10. | JUDGE | Rayes |
| 11. | DATES OF PROCEEDINGS | November 13, 2017 |
| 12. | | |
| 13. | CASE NAME | USA v. Kevin Bianchi |
| 14. | LOCATION OF PROCEEDINGS | |
| 15. | STATE | |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☑ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☑ SENTENCING | 11-13-17 | Excerpt-Judge makes comments about defendant's drug issues and judge's desire for treatment ............. | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| DAILY | ☑ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- ☐ PAPER COPY
- ☑ PDF (e-mail)
- ☐ ASCII (e-mail)

ESTIMATED COSTS

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS: dweeks@jshfirm.com

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: s/ A. Melvin McDonald

20. DATE: January 12, 2018

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY