# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

_____

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | No. **CR-17-00323-PHX-DLR** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Phoenix, Arizona |
| | ) | November 13, 2017 |
| **Kevin Matthew Bianchi,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### BEFORE:  THE HONORABLE DOUGLAS L. RAYES, JUDGE

### <u>REPORTER'S EXCERPTED TRANSCRIPT OF PROCEEDINGS</u>

#### <u>SENTENCING</u>

**APPEARANCES:**

For the Plaintiff:
    U.S. Attorney's Office
    By: **Charles F. Hyder**, Esq.
    40 North Central Avenue, Suite 1800
    Phoenix, Arizona 85004

For the Defendant:
    Jones Skelton & Hochuli
    By: **A. Melvin McDonald, Jr.**, Esq.
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004

Official Court Reporter:
Jennifer A. Pancratz, RMR, CRR, FCRR, CRC
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 42
Phoenix, Arizona 85003-2151
(602) 322-7198

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

1           **P R O C E E D I N G S**

2                         * * * * *

3           THE COURT:  All right.  Thank you.

4           Well, it look likes your history of addiction's been

5    very destructive to you and your family.

6           THE DEFENDANT:  Yes.

7           THE COURT:  From what I've seen, from what you've

8    presented to me in your letter and there are other things,

9    you're on the right path now.  The difficulty is going to be

10   when you get out and get back -- if you get back in the same

11   environment and the same situation, you're probably going to

12   end up back on the same path, so hopefully you'll learn to get

13   away from where you've been and find a different way to go.

14   And you need -- it's a lifetime problem you're going to have to

15   deal with.

16          THE DEFENDANT:  Yes.

17          THE COURT:  Otherwise, we'll see you back here.

18                         * * * * *

19          THE COURT:  The Court recommends that the defendant

20   participate in the Bureau of Prisons' Residential Drug Abuse

21   Treatment Program.

22                         * * * * *

23          (End of excerpted proceedings.)

24

25

C E R T I F I C A T E

I, JENNIFER A. PANCRATZ, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 13th day of January, 2018.

s/Jennifer A. Pancratz
Jennifer A. Pancratz, RMR, CRR, FCRR, CRC