PROB 22 (Rev. 10/13)

☒ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

OCT 18 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CR 19 0512 SI

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Transferring Court)*
CR-17-00323-001-PHX-DLR

**DOCKET NUMBER** *(Receiving Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kevin Matthew Bianchi | District of Arizona | 2: Phoenix |

**NAME OF SENTENCING JUDGE**
Honorable Douglas L. Rayes
United States District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/5/2019 | TO 7/4/2022 |
|---|---|---|

**OFFENSE**

18 U.S.C. §1029(a)(1) and 18 U.S.C. §1029(c)(1)(A)(i): Fraud in Connection with Counterfeit Access Devices
18 U.S.C. §1028A(a)(1): Aggravated Identity Theft

FILED
OCT -9 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## PART 1- ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Kevin Matthew Bianchi, be transferred with the records of this Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9-27-19
Date

Honorable Douglas L. Rayes
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2- ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/7/2019
Effective Date

United States District Judge